Shawn Kelvin **WILLIAMS,**
Movant–Appellant,

v.

**STATE of Missouri,**
**Respondent–Respondent.**

No. 56206.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 29, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 10, 1989.

Application to Transfer Denied
Nov. 14, 1989.

H. Christine Taylor, Asst. Public Defender, Clayton, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

### ORDER

**PER CURIAM.**

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).